

**FILED**

AUG 3 0 2017

Clerk, U S  District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF The residence located at 1226 Yale Avenue, Billings, Montana** | **MJ 17-59-BLG-TJC** |
| | **ORDER SEALING CASE** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including

the Application, Search Warrant, and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

Crim. P. 16.

DATED this 29 day of August, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge